UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TED GERARD,<br><br>              Plaintiff(s),<br><br>v.<br><br>1199 NATIONAL BENEFIT FUNDS, et al.,<br><br>              Defendant(s). | 23-CV-7950 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 24, 2023, referred the parties to mediation through the District's Mediation Program. *See* Dkt. No. 9. On January 8, 2024, Defendants appeared and filed a motion to dismiss. *See* Dkt. Nos. 16, 17. Pursuant to Rule 5(a) of the Court's Individual Practices in Civil *Pro Se* Cases, Plaintiff has until February 7, 2024, to oppose Defendants' motion.

It is hereby **ORDERED** that by **January 17, 2024,** Defendants shall file a letter on ECF, stating whether they are interested in participating in mediation through the District's Mediation Program.

SO ORDERED.

Dated: January 12, 2024
       New York, New York

                                         _____
                                         DALE E. HO
                                         United States District Judge