UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ted Gerard, | |
|                       Plaintiff(s), | 23-CV-7950 (DEH) |
| v. | |
| 1199 National Benefit Funds et al., | ORDER |
|                       Defendant(s). | |

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's letter motion, ECF No. 42, requesting reconsideration of the Court's November 7, 2025 Opinion and Order, ECF No. 41, which granted in part and denied in part Plaintiff's Motion to Amend and Motion for Reconsideration, ECF No. 35. Defendants may file a letter brief in response by **December 5, 2025**. The response shall not exceed 7 pages and shall conform to Local Rule 7.1(b). Absent further order of the Court, no reply brief by Plaintiff will be permitted.

SO ORDERED.

Dated: November 20, 2025
       New York, New York

                                                    DALE E. HO
                                     United States District Judge