UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gerard, | |
| Plaintiff(s), | |
| v. | |
| 1199 National Benefit Funds et al., | |
| Defendant(s). | |

23-CV-7950 (DEH)

ORDER

DALE E. HO, United States District Judge:

On November 7, 2025, this Court issued an Order granting Plaintiff's motion to amend, and granting in part and denying in part Plaintiff's motion for reconsideration.  ECF No. 41. That Order directed the parties to meet and confer within 14 days, and to submit a status letter by December 1, 2025 proposing next steps in the litigation and whether the parties sought referral for mediation.  Further, the parties were instructed to submit a proposed case management plan along with the status letter.

On November 13, 2025, Plaintiff requested further reconsideration of the Court's November 7th Order, ECF No. 42, which the Court denied on December 10, 2025, ECF No. 53. On December 23, 2025, Defendants filed its answer to Plaintiff's amended complaint.  ECF No. 54.

Pursuant to the Court's November 7, 2025 Order, the parties are directed to meet and confer within 14 days of this Order, and Defendants are directed to submit a status letter to the Court by **February 27, 2026**.  The letter shall propose next steps for this litigation, and shall state whether the parties seek a referral for mediation either to the District's mediation program, or to the assigned Magistrate Judge for a settlement conference.  The parties shall also submit, as

an attachment to the letter, a proposed case management plan, available at: DEH Ho Civil Case Management Plan and Scheduling Order - December 12, 2023_0.pdf.

The parties are warned that failure to comply with Court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: February 12, 2026
New York, New York

_____
DALE E. HO
United States District Judge

2