UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gerard,

                    Plaintiff(s),

            v.

1199 National Benefit Funds et al.,

                    Defendant(s).

23-CV-7950 (DEH)

ORDER

DALE E. HO, United States District Judge:

On November 7, 2025, the Court issued an opinion in which the claims against individual defendants Kevin Hurley and Richard Whitter were dismissed.  ECF No. 41.  The Clerk of Court is respectfully directed to terminate them from this matter.

SO ORDERED.

Dated: February 17, 2026
       New York, New York

_____
        DALE E. HO
   United States District Judge