UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2026

TED GERARD,

                        Plaintiff,                          **ORDER**

            -v-                                             23-CV-7950 (DEH)

1199 NATIONAL BENEFIT FUNDS, ET AL,

                        Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 16, 2026, this case was referred to the undersigned for settlement.  ECF No. 68.

A conference is scheduled for **June 30, 2026,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 720 488 415#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 17, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge