UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gerard,

Plaintiff,

v.

1199 SEIU Benefit and Pension Funds,

Defendant.

23-CV-7950 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 23, 2026, a stipulation of voluntary dismissal between Plaintiff and terminated Defendant 1199 National Benefit Funds was filed in this matter. ECF No. 76. However, Defendant 1199 National Benefit Funds was terminated on November 1, 2024, when Plaintiff filed his First Amended Complaint dropping 1199 National Benefit Funds from the caption of the Complaint, ECF No. 34. From the record, it is unclear to the Court if the parties intended that the stipulation of dismissal would apply to 1199 SEIU Benefit and Pension Funds, the sole remaining Defendant on the docket.

By **October 2, 2026**, the parties are directed to file either: (1) a status letter indicating that this case remains ongoing, or (2) a stipulation of dismissal with respect to Defendant 1199 SEIU Benefit and Pension Funds.

SO ORDERED.

Dated: September 28, 2026
New York, New York

DALE E. HO
United States District Judge