Proskauer

Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

October 26, 2026

**VIA ECF**

Patrick J. Lamparello
Member of the Firm
d +1.212.969.3572
plamparello@proskauer.com
www.proskauer.com

Hon. Judge Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *Ted Gerard v. 1199SEIU National Benefit Fund;* No. 23-CV-7950 (DEH)

Dear Judge Ho:

We represent Defendant 1199SEIU National Benefit Fund (the "Fund") in the above-captioned matter. We write on behalf of all Parties to respectfully request a 30-day extension of the discovery deadline, from November 4, 2026 to December 4, 2026. This is the Parties' third request to extend discovery. The Court granted the Parties' two previous requests. A proposed Revised Civil Case Management Plan and Scheduling Order, reflecting a discovery end date of December 4, 2026, is enclosed.

There is good cause to extend the discovery deadline. The Parties are working diligently to coordinate and complete the depositions of several fact and expert witnesses in this matter, and require the 30-day extension in order to complete those depositions.

In accordance with Rule 2(e)(v) of the Court's Individual Rules and Practices in Civil Cases, the Parties provide the following information as to the status of discovery:

- The Parties served their respective interrogatories and document requests on March 30, 2026. The Fund served responses to Plaintiff's discovery requests on May 11, 2026, including the production of 161 pages of documents. Plaintiff served responses to the Fund's discovery requests on May 12, 2026 and produced 204 pages of documents and 4 Excel spreadsheets. Plaintiff supplemented his document production with 27 pages of documents on May 13, 2026, and 225 pages of documents and 3 medical authorizations on May 21, 2026. The Fund supplemented its document production with an additional 187 pages of documents on May 15, 2026.

- Plaintiff served expert disclosures on July 24, 2026, including 45 pages of supporting medical records. Pursuant to the Second Revised Civil Case Management Plan and Scheduling Order, the Fund's expert disclosures were due on September 21, 2026; however, the parties agreed to an extension of that deadline.

- Plaintiff's deposition took place remotely on October 21, 2026. However, due to technical issues Plaintiff experienced, the deposition was not completed and is scheduled to continue on October 29, 2026. The Parties are working on scheduling the remaining depositions, including the deposition of Plaintiff's expert and several defense witnesses. Plaintiff anticipates taking four depositions, and the Fund anticipates taking three depositions.

Proskauer



Additionally, the Parties are scheduled to appear for a telephonic Case Management Conference on November 24, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Patrick J. Lamparello*

Application **GRANTED**. The case management conference scheduled for November 24, 2026, is hereby **ADJOURNED**. A revised case management plan will be entered separately.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Dale E. Ho
United States District Judge